ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."); JANSSEN PHARMACEUTICALS, INC. (sued herein as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); and McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PRITCHARD;<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION;<br><br>    Defendants. | Case No.  3:14-cv-05593-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>*[Filed concurrently with Declaration of Sarah E. Johnston]*<br><br>*[Assigned to Hon. Vince Chhabria]*<br><br>Complaint Filed:  December 22, 2014 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1.   A Case Management Conference has been set for May 19, 2015, at 10:00 a.m. in Courtroom 4 of the above entitled Court, in the following cases (Dkt. 23):

    a.   *Simon Lampard v. Johnson & Johnson, et al.,* Case No. 3:14-CV-04983-VC

   b. *Sheila Ellis v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05669-VC;

   c. *Windy Garland v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05440-VC; and

   a. *Donna Pritchard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05593-VC[1];

2. Defendants' counsel is unable to attend the conference on May 19, 2015 because of a conflicting hearing in Los Angeles that day (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Case Management Conference currently set for May 19, 2015, at 10:00 a.m. shall be continued to June 9, 2015 at 10:00 a.m. in Courtroom 4 of the above-entitled Court;

IT IS SO STIPULATED.

Dated: May 1, 2015       **GOMEZ TRIAL ATTORNEYS**

By: /s/ John P. Fiske
   John P. Fiske
   Attorney for Plaintiff

Dated: May 1, 2015       **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
   Alexander G. Calfo
   Sarah E. Johnston
   Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."); JANSSEN PHARMACEUTICALS, INC. (sued herein as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); and McKESSON CORPORATION

---

[1] The instant Stipulation applies to the *Pritchard* action, but identical Stipulations will be filed in all four actions.

# [PROPOSED] ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Case Management Conference and accompanying Declaration of Sarah E. Johnston,

PURSUANT TO STIPULATION, the Court hereby sets the Initial Case Management Conference to June 9, 2015 at 10:00 a.m. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 4, 2015

The Honorable Vince Chhabria
United States District Court Judge